SALT LAKE CITY v. SAMUEL T. BENNION et al.

No. 5080.   Decided October 20, 1932.   (15 P. [2d] 651.)

*F. W. James,* of Salt Lake City, for appellants.

*Shirley P. Jones* and *A. W. Watson,* both of Salt Lake City, for respondent.

PER CURIAM.

This case involves the same questions as those presented and considered in the case of *Salt Lake City* v. *Bennion Gas & Oil Company* (Utah) 15 P. (2d) 648, just decided.

For the reasons stated in the opinion in that case, the judgment of the district court herein is affirmed with costs to respondent.